# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 cv 86

| | |
|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )     **ORDER**<br>) |
| BRENDA L. LIVESAY and RONALD LIVESAY AND BRENDA LIVESAY FAMILY TRUST, | )<br>)<br>)<br>) |
| Defendants. | ) |

This matter is before the Court following the submission of the parties' certification of the initial attorneys' conference [# 19]. In the certification, Plaintiff moved for a protective order. Plaintiff did not separately move for the protective order and did not contemporaneously file a brief. *See* LCrR 7.1(c).

Therefore, the Court **DISMISSES** Plaintiff's motion for a protective order [*see* # 19] without prejudice. Plaintiff may refile its motion following the Local Rules Governing Civil Cases for the Western District of North Carolina. *See generally* LCvR 7.1.

Signed: April 4, 2018

*[signature]*

Dennis L. Howell
United States Magistrate Judge