# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:17 cv 86

| | | |
|---|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| BRENDA L. LIVESAY and RONALD LIVESAY AND BRENDA LIVESAY FAMILY TRUST, | ) ) ) ) | |
| Defendants. | ) ) | |

Before the Court is Defendants' Motion to Extend Time to Provide Rule 26 Disclosures [# 25]. Defendants ask the Court for a ten (10) day extension to serve Plaintiff with Rule 26 disclosures. Plaintiff does not object.

For good cause shown, the court **GRANTS** the motion [# 25]. Defendants shall have through **April 30, 2018**, to submit their Rule 26 disclosures.

Signed: April 24, 2018

_____
Dennis L. Howell
United States Magistrate Judge