# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
### 1:17 cv 86

| | |
|---|---|
| FIST NATIONAL INSURANCE COMPANY OF AMERICA, ) ) ) Plaintiff, ) ) v. ) ) BRENDA L. LIVESAY and RONALD LIVESAY AND BRENDA LIVESAY FAMILY TRUST, ) ) ) ) ) Defendant. ) _____ ) | **ORDER** |

This matter is before the Court on Plaintiff's Motion to Compel [# 33]. Plaintiff asks the Court to compel non-parties E.K. Morley and E.K. Morley, PLLC to produce documents requested by a duly-served subpoena. Before the Court will set a hearing or rule on the motion, the Court will require some housekeeping.

The Court **ORDERS**:

1. E.K. Morley and E.K. Morley, PLLC, shall respond to the Motion to Compel [# 33]. E.K. Morley and E.K. Morley, PLLC, shall have through **May 29, 2018**, to file such a response.

2. E.K. Morley, PLLC, may only appear in federal court through an attorney. The Court cautions that there might be a conflict of interest in E.K. Morley representing himself and the company.

Once Defendants and third-parties have responded, the Court will then determine the best course of action to a resolution of the Motion.

Signed: May 16, 2018

*Dennis L. Howell*
United States Magistrate Judge